UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN CLARIDGE, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY J. LEFEVER, et al.,<br><br>Defendants. | Case No. 24-cv-04093-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 9 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for October 22, 2024 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due by October 15, 2024.

Dated: July 16, 2024

          Mark B. Busby
          Acting Clerk of Court, United States District Court

          By: _____
          Dianna Shoblo, Deputy Clerk to the
          Honorable JON S. TIGAR